IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA CROW                                                                                    PLAINTIFF

V.                         Case No. 3:04CV00217 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 15th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE