IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA CROW                                                                                          PLAINTIFF

v.                                          3:04CV00217  JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                                   DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $2,875.00. The Defendant should certify said award and pay the Plaintiff's attorney this amount.

IT IS SO ORDERED this 12th day of May, 2006.

UNITED STATES MAGISTRATE JUDGE